******************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.
******************************************

IN RE PETITION OF REAPPORTIONMENT
COMMISSION EX REL.
(SC 20661)

Robinson, C. J., and McDonald, D'Auria,
Mullins, Kahn and Ecker, Js.

Argued January 27—officially released February 10, 2022*

*Procedural History*

Submission by the special master appointed by this court for the adoption of the special master's report and plan for the redistricting of the state's congressional districts pursuant to the constitutional requirement of decennial reapportionment, brought to this court, where the Republican members of the Connecticut Reapportionment Commission and the Democratic members of the Connecticut Reapportionment Commission filed briefs.

*Proloy K. Das*, for the Republican members of the Connecticut Reapportionment Commission.

*Aaron S. Bayer*, with whom was *Paul Tuchmann*, for the Democratic members of the Connecticut Reapportionment Commission.

*Opinion*

PER CURIAM. Pursuant to the authority conferred by article third, § 6, of the constitution of Connecticut, as amended by articles XII, XVI, XXVI and XXX of the amendments, the Court hereby adopts as the established plan of congressional districting the plan depicted and described in exhibits 1 and 4 of the Report and Plan of the Special Master, Nathaniel Persily, dated January 18, 2022. The plan complies in every respect with our Order Appointing and Directing the Special Master, dated December 23, 2021.

Appended hereto is the Report and Plan of the Special Master, including its appendix.[1] The foregoing material, along with the census block equivalency files, will be filed with the Secretary of the State on or before Tuesday, February 15, 2022. Upon publication, the plan of congressional districting shall have the full force of law.

The Special Master has submitted to the Court an itemization of the fees and costs incurred in producing the report and plan. Those charges total $89,800, an amount that this Court finds to be reasonable. Pursuant to this Court's order of December 23, 2021, the charges of the Special Master are to be assessed against the Reapportionment Commission. The Commission shall promptly remit full payment directly to Special Master Persily.

\* February 10, 2022, the date that this order was issued, is the operative date for all substantive and procedural purposes.

[1] The Report and Plan of the Special Master and its appendix are contained in the file of this case in the Office of the Appellate Clerk and are provided on the website of the Office of the Secretary of the State.